**FILED**
MAR 1 9 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
) No. 98 CR 730-2
v. )
) **DOCKETED**
MICHAEL STEELE, ) MAR 2 0 2003
) Judge Leinenweber
)
)
)

## SECOND CORRECTED
## RELEASE OF JUDGMENT LIEN

Judgment was against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record as to the lien recorded at the New York County Recorder's Office as document number 99FL30527, on June 15, 1999.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)469-6008

March 2001

44